1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE CURRY, | **CASE NO. SACV12-01833 AG (MRWx)** |
| Plaintiff, | |
| vs. | **ORDER APPROVING STIPULATED PROTECTIVE ORDER** |
| TARGET CORPORATION, DOE CORPORATIONS 1 TO 10, and DOES 1 TO 10, INCLUSIVE, | |
| Defendants. | |

On or about August 21, 2013, the parties to the within action submitted a proposed STIPULATED PROTECTIVE ORDER which is intended to protect material disclosed in the course of the above-captioned lawsuit ("Lawsuit") which constitutes or contains trade secrets or other confidential research, development, proprietary or commercial information of the parties ("Confidential Material").

Having considered the Stipulation between Plaintiff CONNIE CURRY and Defendant TARGET CORPORATION, and good cause appearing:

///
///

-1-

**[PROPOSED] ORDER APPROVING STIPULATED PROTECTIVE ORDER**

-2-

1    IT IS HEREBY ORDERED that the proposed STIPULATED
2 PROTECTIVE ORDER is approved.

4 Dated:  August 22, 2013        _____
5                                 Hon. Michael R. Wilner
                                  U.S. MAGISTRATE JUDGE